PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

BRIAN E. KASPRZYK
Assistant U.S. Attorney
Pennsylvania State Bar No. 082701
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: brian.kasprzyk@usdoj.gov
*Attorneys for Plaintiff*

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 3 0 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.   **CR-21-00223-PHX-SMB (MTM)** |
|---|---|
| Plaintiff, | |
| vs. | **INDICTMENT** |
| Nicholas James Bode, | VIO:   18 U.S.C. § 924(a)(1)(A) (False Statement During Purchase of a Firearm) Counts 1-2 |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about August 1, 2019, in the District of Arizona, Defendant NICHOLAS JAMES BODE, knowingly made false statements and representations to *Shooter's World*, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Shooter's World*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of three Colt 1911 .38 Super caliber pistols, and was not buying the firearms on behalf of

another person, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about September 25, 2019, in the District of Arizona, Defendant NICHOLAS JAMES BODE, knowingly made false statements and representations to *Shooter's World*, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Shooter's World*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of two Fabrique Nationale model M249S .556 caliber rifles, and was not buying the firearms on behalf of another person, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

*s/*
_____
FOREPERSON OF THE GRAND JURY
Date:  March 30, 2021

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

*s/*
_____
BRIAN E. KASPRZYK
Assistant U.S. Attorney

- 2 -